**IN THE STATE COURT OF DEKALB COUNTY**
**STATE OF GEORGIA**

| | | |
|---|---|---|
| DOREEN NEAL,<br><br>Plaintiff,<br><br>v.<br><br>THOR EQUITIES, LLC, URBAN RETAIL PROPERTIES, LLC, JOHN DOE, JANE DOE, ABC CO., and XYZ, CO.,<br><br>Defendants. | ) | CIVIL ACTION<br>FILE NO: 16A62525 |

## AMENDED COMPLAINT

COMES NOW, DOREEN NEAL (Plaintiff), by and through the undersigned counsel and hereby files this Amended Complaint against THOR EQUITIES, LLC, and URBAN RETAIL PROPERTIES, LLC, (Defendants) and shows this Honorable Court as following:

## INTRODUCTION

The preceding paragraphs and allegations are hereby incorporated herein by reference as if fully set forth herein.

1.

Served with this Complaint are Plaintiff's Interrogatories to Defendants, Plaintiff's Request of Production to Defendants, and Plaintiff's Request for Admission to Defendants.

## PARTIES, JURISDICTION AND VENUE

The preceding paragraphs and allegations are hereby incorporated herein by reference as if fully set forth herein.

STATE COURT OF
DEKALB COUNTY, GA.
2/24/2017 3:23:17 PM
E-FILED
BY: Monique Roberts

2.

Plaintiff Doreen Neal is an individual and resident of DeKalb County, Georgia and submits to the jurisdiction and venue of this Court.

3.

Jurisdiction is proper as to Defendant Thor Equities, LLC, because it is registered to do business in the state of Georgia, and it has been doing ongoing, regular and substantial business in this State.

4.

Venue is proper in this Court as to Defendant Thor Equities, LLC, because its registered agent, United Corporate Services, Inc., is located in DeKalb County, Georgia, and may be served with a copy of this Complaint in DeKalb County, Georgia at 4228 1st Avenue, Suite 10, Tucker, Georgia 30084.

5.

Jurisdiction is proper as to Defendant Urban Retail Properties, LLC, because it is registered to do business in the state of Georgia, and it has been doing ongoing, regular and substantial business in this State.

6.

Venue is proper in this Court as to Defendant Urban Retail Properties, LLC, because pursuant to Art. 6 § 2, Par. 4 of the Georgia Constitution, where multiple defendants are sued as joint tort-feasors, proper venue is the county where any one of the alleged tort-feasors resides or may be properly served. Defendant's registered agent, Corporation Service Company, is located in Gwinnett County, Georgia, and, may be served with a copy of this Complaint at 40 Technology Parkway South, #300, Norcross, Georgia 30092.

**FACTS APPLICABLE TO ALL CLAIMS**

Plaintiff hereby incorporates by reference the allegations contained in this Complaint for Damages and reasserts said allegations as if fully set forth herein.

7.

On or about March 12, 2015, the date of her injuries, Plaintiff Neal was an invitee of Defendant in accordance with the provisions of O.C.G.A. § 51-3-1, et seq., at The Gallery at South DeKalb, located at 2801 Candler Road, Decatur, Georgia 30034 (hereinafter "the premises").

8.

Plaintiff Neal, while a lawful invitee on the premises, was proceeding through the mall.

9.

As Plaintiff was proceeding through the mall, she slipped and fell in a puddle of water, which was accumulating as the direct result of a leaking ceiling controlled by Defendants.

10.

As a result of the fall, Plaintiff sustained significant bodily injuries.

**COUNT I – NEGLIGENCE – DEFENDANT THOR EQUITIES, LLC**

Plaintiff hereby incorporates by reference the allegations contained in this Complaint for Damages and reassert said allegations as if fully set forth herein.

11.

Defendant Thor Equities, LLC, failed to meet common law and statutory duties pursuant to O.C.G.A. §§ 51-3-1 and 51-3-2, et al., to exercise ordinary care in keeping the premises safe and to protect Plaintiff from unreasonable risks of foreseeable harm.

12.

Defendant Thor Equities, LLC, was negligent in failing to keep the premises safe and in

repair, as required by law. As the direct and proximate result of Defendant's negligence in failing to keep the premises in safe, Plaintiff slipped on the puddle of water left on the floor of the premises, causing her to sustain personal injuries now and in the future, including bodily injury, pain and suffering.

13.

As a direct and proximate result of Defendant's negligence, Plaintiff incurred medical expenses, in an amount to be proven at trial, for the treatment of the injuries Plaintiff sustained that were caused solely and proximately by Defendants' negligence.

14.

As a direct and proximate result of the Defendant's negligence, Plaintiff has sustained significant bodily injuries. Plaintiff will incur future medical expenses, in an amount to be proven at trial, for the treatment of the injuries caused solely by the negligence of the Defendant.

15.

Plaintiff is entitled to recover of Defendant such reasonable sums as compensatory, general and special damages as may be shown by the evidence.

16.

Defendant Thor Equities, LLC, had actual or constructive knowledge of the condition or conditions on the premises which led to the Plaintiff's injuries.

17.

Plaintiff was without fault in causing the aforementioned incident.

**COUNT II – NEGLIGENCE – DEFENDANT URBAN RETAIL PROPERTIES, LLC**

Plaintiff hereby incorporates by reference the allegations contained in this Complaint for Damages and reassert said allegations as if fully set forth herein.

18.

Defendant Urban Retail Properties, LLC, failed to meet common law and statutory duties pursuant to O.C.G.A. §§ 51-3-1 and 51-3-2, et al., to exercise ordinary care in keeping the premises safe and to protect Plaintiff from unreasonable risks of foreseeable harm.

19.

Defendant Urban Retail Properties, LLC, was negligent in failing to keep the premises safe and in repair, as required by law. As the direct and proximate result of Defendant's negligence in failing to keep the premises in safe, Plaintiff slipped on the puddle of water left on the floor of the premises, causing her to sustain personal injuries now and in the future, including bodily injury, pain and suffering.

20.

As a direct and proximate result of Defendant's negligence, Plaintiff incurred medical expenses, in an amount to be proven at trial, for the treatment of the injuries Plaintiff sustained that were caused solely and proximately by Defendants' negligence.

21.

As a direct and proximate result of the Defendant's negligence, Plaintiff has sustained significant bodily injuries. Plaintiff will incur future medical expenses, in an amount to be proven at trial, for the treatment of the injuries caused solely by the negligence of the Defendant.

22.

Plaintiff is entitled to recover of Defendant such reasonable sums as compensatory, general and special damages as may be shown by the evidence.

23.

Defendant Urban Retail Properties, LLC, had actual or constructive knowledge of the

condition or conditions on the premises which led to the Plaintiff's injuries.

24.

Plaintiff was without fault in causing the aforementioned incident.

**WHEREFORE**, the Plaintiff prays:

1. That Defendants be served with summons, process and a copy of this Complaint as provided by law;
2. That Plaintiff obtain judgment against the Defendants for general and special damages as determined at trial as well as costs of litigation and expenses;
3. That the Plaintiff be granted a trial by jury as to all triable issues in this cause; and
4. For such other and further relief as this Court deems just and equitable under all circumstances alleged and contained herein.

This 24 day of February, 2017.

**HAUG LAW GROUP, LLC**

Colin A. Barron
Georgia Bar No.: 812816
Attorney for Plaintiff

8237 Dunwoody Place
Atlanta, Georgia 30350
Phone: 470-258-1322
Fax: 678-528-2999
Email: Colin@HaugLawGroup.com

STATE COURT OF
DEKALB COUNTY, GA.
2/24/2017 3:23:17 PM
E-FILED
BY: Monique Roberts