IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DOREEN NEAL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE |
| | ) | NO: 1:17-cv-02522-TWT |
| THOR EQUITIES, LLC, THOR | ) | |
| GALLERY AT SOUTH DEKALB, | ) | |
| LLC, JOHN DOE, JANE DOE, ABC | ) | |
| CO., and XYZ, CO. | ) | |
| | ) | |
| Defendants. | ) | |

## DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, and hereby dismisses the above-styled action with prejudice.

**HAUG LAW GROUP, LLC**

/s/ Colin A. Barron
COLIN ANDREW BARRON
Georgia Bar No. 812816
*Attorneys for Plaintiffs*

Haug Law Group, LLC
8237 Dunwoody Place
Atlanta, Georgia 30305

## CERTIFICATE OF SERVICE

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Brent Wardrop
1180 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30309

This the 18th day of January, 2018.

**HAUG LAW GROUP, LLC**

/s/ Colin Barron
COLIN ANDREW BARRON
Georgia Bar No. 812816
*Attorneys for Plaintiffs*

Haug Law Group, LLC
8237 Dunwoody Place
Atlanta, Georgia 30305