IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| DOREEN NEAL,<br><br>Plaintiff,<br><br>v.<br><br>THOR EQUITIES, LLC, THOR GALLERY AT SOUTH DEKALB, LLC, JOHN DOE, JANE DOE, ABC CO., and XYZ, CO.<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION FILE<br>NO: 1:17-cv-02522-TWT |

**STIPULATION OF DISMISSAL WITH PREJUDICE**

COMES NOW, the parties, and hereby stipulate to the dismissal of the above-styled action with prejudice.

This the 22nd day of January, 2018.

**HAUG LAW GROUP, LLC**

/s/ Colin A. Barron
COLIN ANDREW BARRON
Georgia Bar No. 812816
*Attorney for Plaintiff*

Haug Law Group, LLC
8237 Dunwoody Place
Atlanta, Georgia 30305

**LEWIS BRISBOIS BISGAARD & SMITH**

/s/ Brent Wardrop
C. BRENT WARDROP
Georgia Bar No. 553733
*Attorney for Defendants, Thor Equities, LLC, and Thor Gallery at South DeKalb, LLC*

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served the following counsel of record with a true and correct copy of the foregoing pleading by depositing said copy in the United States Mail, with sufficient postage affixed thereon, and properly addressed to the following:

Brent Wardrop
1180 Peachtree Street, NE
Suite 2900
Atlanta, Georgia 30309

This the 22nd day of January, 2018.

**HAUG LAW GROUP, LLC**

/s/ Colin Barron
COLIN ANDREW BARRON
Georgia Bar No. 812816
*Attorneys for Plaintiffs*

Haug Law Group, LLC
8237 Dunwoody Place
Atlanta, Georgia 30305